David R. McNamara, # 133302  (SPACE BELOW FOR FILING STAMP ONLY)
Christina C. Tillman, #258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH McCLELLAND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PERMANENTE MEDICAL GROUP, INC., and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No.  2:11-CV-01224-LKK-EFB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |

Plaintiff ELIZABETH McCLELLAND and Defendant THE PERMANENTE MEDICAL GROUP, INC., ("TPMG") by and through its counsel, hereby stipulate and agree to the continuance of the trial and pretrial dates set forth in the September 19, 2011 Status (Pretrial Scheduling) Order as follows:

　　　　1.　All law and motion, except discovery, is to be *completed* by September 20, 2012.  Motions to compel discovery must be heard not later than July 31, 2012.

　　　　2.　All discovery is to be *completed* by June 29, 2012.

　　　　3.　The parties are to designate in writing, and serve on all parties, the names of all experts they propose to tender at trial on or before April 20, 2012.

　　　　4.　The final pretrial conference may be continued from September 17, 2012 to January 7, 2013.

5. The trial may be continued from December 11, 2012 to April 9, 2013.

6. The parties are to abide by all other requirements of the September 19, 2011 Status (Pretrial Scheduling) Order.

7. Good cause exists for the requested continuance due to Plaintiff's undergoing surgery and a threatened strike by TPMG nurses which caused a delay in providing and documents to Plaintiff.

Dated: March 9 , 2012

By: /s/ Elizabeth McClelland
Elizabeth McClelland
Plaintiff

Dated: March 9, 2012    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Christina C. Tillman
David R. McNamara
Christina C. Tillman
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

# ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties, that the dates in the September 19, 2011 Status (Pretrial Scheduling) Order be continued as follows:[1]

1. All discovery shall be *completed* by July 31, 2012.[2] Motions to compel discovery must be heard not later than Wednesday, June 27, 2012.

2. The parties are to designate in writing, and serve upon all other parties, the names of all experts they propose to tender at trial on or before April 20, 2012.

3. All pretrial motions, except motions to compel discovery, shall be *completed* by Wednesday, September 19, 2012.[3]

4. The final pretrial conference is set before the Honorable Lawrence K. Karlton on January 7, 2013 at 1:30 p.m., in Courtroom 4.  Pretrial statements shall be filed in accordance with Local Rules 281 and 282, and the requirements set forth in the September 19, 2011 Status (Pretrial Scheduling) Order.

5. A trial is set to commence before the Honorable Lawrence K. Karlton on April 9, 2013 at 10:30 a.m., in Courtroom 4.

Dated:  March 13, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the parties' stipulation, the Rule 16 good cause standard is not addressed herein.

[2] As provided in the September 19 scheduling order, the word "completed" in this context means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.  Dckt. No. 10 at 3.

[3] As provided in the September 19 scheduling order, the word "completed" in this context means that all law and motion matters must be heard by the above date.  Dckt. No. 10 at 2.