1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ELIZABETH McCLELLAND,
                                         NO. CIV. S-11-1224 LKK/EFB PS
11            Plaintiff,

12       v.
                                         O R D E R
13   THE PERMANENTE MEDICAL
     GROUP, INC.,
14
              Defendant.
15   _____/

16       The court is in receipt of Defendant's submitted Bill of

17   Costs, totaling $2,718.21.  Def's Bill of Costs, ECF No. 37.

18       Plaintiff Elizabeth McClelland, a pro se litigant, brought

19   this action alleging that she was terminated on the basis of her

20   disability in violation of state and federal law.  Upon

21   adjudication of Defendant's motion for summary judgment, this court

22   entered judgment for Defendant.  See Findings & Recommendations,

23   ECF No. 31; Order, ECF No. 35.

24       Federal Rule of Civil Procedure 54(d) governs the taxation of

25   ////

26   ////

                                    1

1  costs to the prevailing party in a civil matter.[1]   Pursuant to

2  Federal Rule of Civil Procedure 54(d)(1), unless a court order

3  provides otherwise, costs (other than attorney's fees) "should be

4  allowed to the prevailing party."  This rule creates a presumption

5  that costs will be taxed against the losing party.  Ass'n of

6  Mexican-American Educators v. California, 231 F.3d 572, 591-93 (9th

7  Cir. 2000) (en banc).   However, if the losing party has

8  demonstrated why costs should not be awarded, the rule "vests in

9  the district court discretion to refuse to award costs."  Id., at

10  591; Save Our Valley v. Sound Transit, 335 F.3d 932, 945 (9th Cir.

11  2003) ("the losing party must show why costs should not be

12  awarded").  If the court declines to award costs, it must state its

13  reasons, giving the reviewing court an opportunity to determine if

14  that discretion was abused.  Save Our Valley, 335 F.3d at 945.

15       In considering whether costs should be denied, this court

16  considers: the losing party's limited financial resources; the

17  chilling effect of imposing such high costs on future civil rights

18  litigants; whether the issues in the case are close and difficult;

19  and whether Plaintiff's case, although unsuccessful, had some

20  merit.  Ass'n of Mexican-American Educators, 231 F.3d at 592-93.

21       To evaluate the efficacy of awarding Defendant costs in this

22  matter, Plaintiff SHALL file a statement with the court, within

23  twenty-one (21) days of the issuance of this order, attesting to

24  the current state of her financial resources.

25  _____

26       [1]In the Eastern District of California, this rule is
    implemented by Local Rule 292.  E.D. Cal. R. 292 (2013).

1      IT IS SO ORDERED.

2      DATED:   July 18, 2013.

3

4

5      LAWRENCE K. KARLTON

6      SENIOR JUDGE
       UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26