1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ELIZABETH McCLELLAND,
                                        NO. CIV. S-11-1224 LKK/EFB PS
11             Plaintiff,

12        v.
                                                O R D E R
13   THE PERMANENTE MEDICAL
     GROUP, INC.,
14
               Defendant.
15   _____/

16        On May 21, 2013, Defendant submitted a Bill of Costs, totaling

17   $2,718.21.  Def's Bill of Costs, ECF No. 37.

18        On July 18, 2013, to better evaluate the efficacy of awarding

19   Defendant costs, this court issued an order requiring Plaintiff to

20   file a statement attesting to the current state of her financial

21   resources.  Order, ECF No. 38.

22        In response, on August 9, 2013, Plaintiff filed a statement

23   indicating that she "paid 2,718.21 to McCormick [] Barstow Trust

24   Account."  Pl's Statement, ECF No. 39.  Plaintiff stated, "I had

25   been awaiting my retirement monies to pay such above stated charges

26   and now . . . such monies . . . ha[ve] been sent to them for the

                                     1

above charges to be paid in full."   <u>Id.</u>

On August 16, 2013, Defendant filed an Acknowledgment of Full Satisfaction of Judgment, stating that Plaintiff's payment to Defendant of $2,718.21 "fully satisfies the Order of July 18, 2013."  Def's Acknowledgment, ECF No. 40.

The court hereby finds that costs were awarded to Defendant in the amount of $2,718.21 and that Plaintiff has paid those costs in satisfaction of judgment.

IT IS SO ORDERED.

DATED:  August 23, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT