UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH McCLELLAND,

        Plaintiff,

   v.

THE PERMANENTE MEDICAL GROUP, INC.,

        Defendant.
_____/

NO. CIV. S-11-1224 LKK/EFB PS

O R D E R

On May 21, 2013, Defendant submitted a Bill of Costs, totaling $2,718.21.  Def's Bill of Costs, ECF No. 37.

On July 18, 2013, to better evaluate the efficacy of awarding Defendant costs, this court issued an order requiring Plaintiff to file a statement attesting to the current state of her financial resources.  Order, ECF No. 38.

In response, on August 9, 2013, Plaintiff filed a statement indicating that she "paid 2,718.21 to McCormick [] Barstow Trust Account."  Pl's Statement, ECF No. 39.  Plaintiff stated, "I had been awaiting my retirement monies to pay such above stated charges and now . . . such monies . . . ha[ve] been sent to them for the

1

above charges to be paid in full." Id.

On August 16, 2013, Defendant filed an Acknowledgment of Full Satisfaction of Judgment, stating that Plaintiff's payment to Defendant of $2,718.21 "fully satisfies the Order of July 18, 2013." Def's Acknowledgment, ECF No. 40.

The court hereby finds that costs were awarded to Defendant in the amount of $2,718.21 and that Plaintiff has paid those costs in satisfaction of judgment.

IT IS SO ORDERED.

DATED: August 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT